USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
C #: _____
DATE FILED: 3/3/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANCHOR MARINE TRANSPORTATION LIMITED,

        Plaintiff,

-v-

LONESTAR DRILLING NIGERIA, LTD.,

        Defendant.

No. 08 Civ. 10352 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of Plaintiff's letter dated February 27, 2009, requesting restoration of the above-captioned matter to the Court's docket as well as the issuance of an *ex parte* Order for Process of Maritime Attachment and Garnishment.

IT IS HEREBY ORDERED that Plaintiff's request to restore the above-captioned action to the Court's docket is granted.

IT IS FURTHER ORDERED that Plaintiff's request for an Order for Process of Maritime Attachment and Garnishment is denied without prejudice, as Plaintiff's submission of a letter, as opposed to filing an affidavit, does not comport with Rule B. Plaintiff may renew the application — in proper form — at any time.

SO ORDERED.

Dated:    March 2, 2009
           New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE