UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/6/09
```

ANCHOR MARINE TRANSPORTATION LIMITED,

        Plaintiff,

-v-

LONESTAR DRILLING NIGERIA, LTD.,

        Defendant.

No. 08 Civ. 10352 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

  The Court is in receipt of a jointly submitted "Stipulation and Order Directing the Partial Turn Over of Attached Funds." The Court will hold a telephone conference to discuss this proposed Stipulation on Wednesday, July 8, 2009 at 10:15 a.m. Counsel for the parties are directed to gather on one conference phone line and call chambers at (212) 805-0264 when all are present.

SO ORDERED.

Dated:  July 6, 2009
     New York, New York

             RICHARD J. SULLIVAN
             UNITED STATES DISTRICT JUDGE